NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DORIAN DEON WHITE,                    )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D17-3159
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____  )

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.

PER CURIAM.

          Affirmed.

MORRIS, SLEET, and BADALAMENTI, JJ., Concur.